Sterling A. Brennan, Utah Bar No. 10060
    E-mail:  sbrennan@mabr.com
R. Parrish Freeman, Utah Bar No. 07529
    E-mail:  pfreeman@mabr.com
MASCHOFF BRENNAN LAYCOCK
    GILMORE ISRAELSEN & WRIGHT PLLC
201 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone:  (435) 252-1360
Facsimile:   (435) 252-1361

Michael A. Jacobs, Admitted *Pro Hac Vice*
    E-mail:  MJacobs@mofo.com
Eric M. Acker, Admitted *Pro Hac Vice*
    E-mail:  EAcker@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522

Jeffrey A. Jaeckel, Admitted *Pro Hac Vice*
    E-mail:  JJaeckel@mofo.com
Andrew L. Meyer, Admitted *Pro Hac Vice*
    E-mail:  AMeyer@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue NW, Suite 6000
Washington, D.C.  20006-1888
Telephone:  (202) 887-1500
Facsimile:   (202) 887-0763

Attorneys for Plaintiff and Counterdefendant ENTRATA, INC. (f/k/a PROPERTY SOLUTIONS INTERNATIONAL, INC.)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| ENTRATA, INC. (f/k/a PROPERTY SOLUTIONS INTERNATIONAL, INC.), a Delaware corporation,<br><br>    Plaintiff,<br><br>        vs.<br><br>YARDI SYSTEMS, INC., a California corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIM | Civil Action No. 2:15-CV-00102-CW-PMW<br><br>**ENTRATA, INC.'S STATEMENT OF NONOPPOSITION IN RESPONSE TO YARDI SYSTEMS, INC.'S MOTION FOR LEAVE TO ADD COUNTERCLAIMS**<br><br><br>HON. CLARK WADDOUPS, DISTRICT JUDGE<br><br>HON. PAUL M. WARNER, MAGISTRATE JUDGE |

Plaintiff and counterdefendant Entrata, Inc. ("Entrata") hereby responds to the "Motion for Leave to Add Counterclaims" (Document No. 68; the "Motion") filed in the above-captioned action (the "Action") by defendant and counterclaimant Yardi Systems, Inc. ("Yardi") on December 1, 2016.

Although Entrata disputes the allegations and will, in time, challenge the propriety of the claims asserted in Yardi's counterclaims, Entrata does not oppose Yardi's Motion, which purports to seek leave to file the counterclaims.  Entrata, over Yardi's objection, has itself previously acknowledged that leave to amend claims should be freely given.

Yardi did not make any effort to meet and confer with Entrata before filing the Motion. Had it done so, Entrata would have communicated its consent and obviated the need for the present Motion.

The purpose of the Motion is unclear.  It purports to seek leave to add counterclaims, but Yardi filed a five-count counterclaim with its answer (Document No. 69), and did so concurrently with the filing of the Motion.  When Yardi filed its answer and counterclaim, however, Yardi failed to select the "Counterclaim" filing event in in the Court's electronic filing system.  Consequently, when Entrata filed its answer to Yardi's counterclaim (Document No. 74, filed December 9, 2016), it could only do so by selecting the "Response" filing event; "answer" was not available because of Yardi's filing error described above.

/ / /

/ / /

/ / /

/ / /

Entrata's answer to Yardi's counterclaim closes the pleadings.  The present statement of nonopposition disposes of Yardi's curious Motion.  The case can and should now proceed without delay.

DATED:  December 13, 2016                    Respectfully submitted,

                                             Sterling A. Brennan
                                             R. Parrish Freeman
                                             MASCHOFF BRENNAN LAYCOCK
                                                 GILMORE ISRAELSEN & WRIGHT, PLLC

                                             Michael A. Jacobs
                                             Eric M. Acker
                                             Jeffrey A. Jaeckel
                                             Andrew L. Meyer
                                             MORRISON & FOERSTER LLP


                                             By:   /s/ Sterling A. Brennan
                                                     Sterling A. Brennan
                                             Attorneys for Plaintiff and Counterdefendant
                                             ENTRATA, INC.